**Order entered October 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01065-CR

**DONALD RAY GIPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F15-55009-X**

## ORDER

We **GRANT** the October 12, 2016 extension request of court reporter Kelly Simmons to

the extent that we **ORDER** the reporter's record to be filed no later than November 14, 2016.


/s/      ADA BROWN
         JUSTICE